UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AENLLE,<br><br>             Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>             Defendants. | Case No. 25-cv-07936-LJC<br><br>**ORDER REGARDING CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICITON**<br><br>Re: Dkt. No. 2 |

The Court has reviewed Plaintiff's Motion for a Temporary Restraining Order (ECF No. 2).

Plaintiff is directed to serve copies of this Order, his Complaint, and his Motion for a Temporary Restraining Order on the San Mateo County Attorney's Office by any means reasonably calculated to provide actual notice no later than September 19, 2025. The parties are requested to file their consent or declination to proceeding before a magistrate judge under 28 U.S.C. § 636(c) no later than noon on September 22, 2025. If not all parties have consented by that date and time, the case will be reassigned to a district judge for all further proceedings.

This Order is intended to allow for a timely determination of whether the case can proceed before the undersigned magistrate judge in assessing Plaintiff's request for preliminary relief (and all subsequent proceedings). It does not excuse formal service as required by Rule 4 before the case proceeds on the merits.

/ /

/ /

/ /

/ /

The parties are encouraged to consider whether Defendants are willing to stay enforcement and the accrual of penalties until a motion for preliminary injunction can be heard in the normal course. The parties are requested to file a status report at their earliest convenience indicating whether they can agree to such interim relief, obviating any need the need for a temporary restraining order on an ex parte or expedited basis.

**IT IS SO ORDERED.**

Dated: September 18, 2025

LISA J. CISNEROS
United States Magistrate Judge

2